[Cite as *01/23/2003 Case Announcements,* 2003-Ohio-253.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 23, 2003*

## MOTION AND PROCEDURAL RULINGS

**2002–1245. Estate of Houser v. Motorists Ins. Co.**
Auglaize App. No. 2–02–02, 2002-Ohio-2845. This cause is pending before the court as an appeal from the Court of Appeals for Auglaize County. On January 10, 2003, appellees Hartford Insurance Company, Hartford Fire Insurance Company, and Hartford Specialty Insurance Company filed a stipulated extension of time to file their merit briefs. Whereas appellees have previously filed a stipulated extension of time to file their merit briefs, and further stipulated extensions are not permitted under S.Ct.Prac.R. XIV(3),

IT IS ORDERED by the court, sua sponte, that the stipulated extension of time be, and hereby is, stricken.

**2002–2032. State v. Brinkley.**
Lucas C.P. No. CR002826. This cause is pending before the court as an appeal from the Court of Common Pleas of Lucas County. Upon consideration of appellant's motion for extension of time to transmit the record,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to March 10, 2003.

## DISCIPLINARY CASES

**1998–2663. Cincinnati Bar Assn. v. Arnold.**
On September 14, 2001, this court reinstated respondent and directed him to pay board costs in the amount of $644.99 by December 13, 2001, plus interest at a rate of 10 percent per annum to begin accruing 90 days from the date of the order. On March 12, 2002, this court directed respondent to show cause why he should not be found in contempt for failure to comply with the court's order. On March 27, 2002, respondent filed a response and upon consideration thereof, this court ordered that respondent pay board costs in the amount of $644.99, including any and all accrued interest, on or before November 1, 2002. The court's reinstatement order of September 14, 2001, further ordered respondent to bear the costs of publication as provided in Gov.Bar R. V(8)(D)(2). On June 21, 2002, respondent was notified of publication costs in the amount of $137.45, plus interest at a rate of 10 percent per annum to begin accruing 90 days from the date of the notification. The court was notified that respondent died on July 5, 2002.

IT IS ORDERED by the court, sua sponte, that the estate of respondent pay outstanding board costs in the amount of $644.99, plus accrued interest, and publication costs in the amount of $137.45, plus accrued interest.

[Cite as *01/24/2003 Case Announcements,* 2003-Ohio-273.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 24, 2003*

## MOTION AND PROCEDURAL RULINGS